# UNITED STATES DISTRICT COURT

for the
Western District of Washington

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*
The TARGET VEHICLE, more fully described in Attachment A

)
)
)
)
)
)

Case No. 3:23-mj-05408

FILED _____ LODGED
_____ RECEIVED

NOV 17 2023

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY_____ DEPUTY

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
See Attachment A, incorporated by reference.

located in the     Western     District of     Washington    , there is now concealed *(identify the person or describe the property to be seized)*:
See Attachment B, incorporated herein by reference.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 661 | Theft of Property within the United States Territorial Jurisdiction |

The application is based on these facts:
✓ See Affidavit of Kevin Buckley, continued on the attached sheet.

☐ Delayed notice of ____ days (give exact ending date if more than 30 days: _____ is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

Pursuant to Fed. R. Crim. P. 4.1, this warrant is presented: ☑ by reliable electronic means; or: ☐ telephonically recorded.

KEVIN BUCKLEY
Digitally signed by KEVIN BUCKLEY
Date: 2023.11.16 11:06:14 -08'00'

*Applicant's signature*

Kevin Buckley, Law Enforcement Ranger
*Printed name and title*

○ The foregoing affidavit was sworn to before me and signed in my presence, or
◉ The above-named agent provided a sworn statement attesting to the truth of the foregoing affidavit by telephone.

Date:  11/17/2023

*Judge's signature*

City and state:  Tacoma, Washington

David W. Christel, United States Magistrate Judge
*Printed name and title*

USAO# 2023R01230

# AFFIDAVIT

STATE OF WASHINGTON     )
                        )   ss
COUNTY OF CLALLAM       )

I, Kevin Buckley, a Law Enforcement Ranger with Olympic National Park located near Port Angeles, Washington having been duly sworn, state as follows:

## AFFIANT BACKGROUND

1. I have served as a law enforcement officer for the past fifteen years for the National Park Service (NPS), United States Department of the Interior. I have been stationed as the Hurricane Ridge Ranger in the Olympic National Park and within the Western District of Washington for the past five years. I successfully completed course work and graduated from Amherst Law Enforcement Academy in 2006 and the Federal Law Enforcement Training Center (FLETC) in 2013. Additionally, I have completed numerous law enforcement training courses involving hundreds of hours of classroom work and practical exercise for the NPS. I have attended and completed an NPS 40-hour law enforcement refresher training every year since 2006. This affidavit is based upon my personal knowledge and experience, as well as information from other law enforcement officers.

## INTRODUCTION AND PURPOSE OF AFFIDAVIT

2. I submit this affidavit in support of a search warrant of a 2005 tan and spray painted black 2005 Jeep Grand Cherokee with Washington Plate BDA751 VIN 1J4HR58265C676481 (hereinafter referred to as "**Target Vehicle**") containing evidence of Theft Occurring within United States Territorial Jurisdiction, in violation of 18 § USC 661. The Target Vehicle is known to be owned and operated by MARK T KEEND. The **Target Vehicle** is currently held in impound at the Clallam County Public Works Lot in Port Angeles Washington.

AFFIDAVIT OF KEVIN BUCKLEY
USAO# 2023RO1230- 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

[Photograph of a gray Jeep Grand Cherokee SUV parked next to a Sheriff's vehicle]

3. I set forth in this affidavit only those facts I believe necessary to support probable cause that evidence of violations of Theft of Property within United States Territorial Jurisdiction, in violation of 18 U.S.C. § 661, will be found in the **Target Vehicle**. I do not purport to summarize all the evidence gathered during my investigation, nor does the discussion below include all facts known to me or others involved with this investigation.

4. The facts set forth in this affidavit are based on my own personal knowledge; knowledge obtained from other law enforcement officers and interviews of witnesses and information gained through my training and experience.

## SUMMARY OF PROBABLE CAUSE

5. On November 8, 2023 at approximately 1230 hours, I was dispatched to 3703 East Beach Rd, Port Angeles, Washington (the **"Property"**), a private property inholding within the exclusive jurisdiction of Olympic National Park, for a report of a residential burglary. The **Property** is a vacation rental managed and owned by the Hoare family.

6. Upon arrival I contacted Jim Hoare, the father of Chris Hoare who is the property owner. J. Hoare had arrived at the **Property** at 1200 hours to clean the hot tub

AFFIDAVIT OF KEVIN BUCKLEY
USAO# 2023RO1230- 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

and take away the trash and recycling. As part of maintaining the **Property**, J. Hoare routinely visits the **Property** to clean the hot tub, complete routine maintenance, respond to calls for service from renters and remove trash and recycling to prevent its build up. J. Hoare had notified the renters the day before by a phone call that he would be coming to service the hot tub and remove trash.

7. J. Hoare told me that the property is currently rented and occupied by Ursula Fiedler and Angela Meyer (the "renters") who arrived in a red Toyota Carola. The renters had left the **Property** on personal business on November 7, 2023, around 1630 hours and had not returned at the time of the call. The Hoare family have rented the **Property** to Fiedler and Meyer for over 10 years. J. Hoare told me he has become personal friends with the renters over the years, as they come for a month at a time every spring and fall. J. Hoare said that the renters have always been neat and tidy, leaving the house in a good state when they leave and have never caused problems.

8. J. Hoare stated upon his arrival to the **Property** he saw the **Target Vehicle** parked partially under a car port shed located next to the residence. J. Hoare did not recognize the **Target Vehicle** belonging to the long-time renters and had not given any permission for any others to use the property.

9. While under the car port, J. Hoare saw that a pad locked door in the corner had been damaged as the base plate was broken off from the latch, as if it had been kicked open. Additionally, a green plastic 50-gallon trashcan that had been stored in the locked garage was found in the carport next to the **Target Vehicle's** left rear passenger door.

10. While examining the garage door, J. Hoare noticed that a plastic façade screen was missing from the middle window, which was later found by him across the driveway in the woods. It appeared that it had been pulled or pried off. Later examination

AFFIDAVIT OF KEVIN BUCKLEY
USAO# 2023RO1230- 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

of the garage door window showed finger and partial palm marks where someone had pulled the center of the plastic façade screen away from the window.

11. J. Hoare additionally noticed property out of place and scattered around the yard, including damaged pieces of a battery powered vacuum that had been removed from inside the living room of the residence. Upon investigating the house and then the closed garage, J. Hoare discovered missing property and items out of place. He proceeded to look through the windows of the **Target Vehicle** and saw property belonging to the house and his family in the vehicle.

12. J. Hoare did not find anyone in the house or on the property.

13. J. Hoare was able to identify the following property in the **Target Vehicle**, which he knew had been stored in the **Property's** garage and belonged to the Hoare family.

   i. A set of yellow vehicle jumper cables that had been hanging on the wall of the garage;

   ii. Costco brand paper towels, toilet paper, and chemical wipes that had been stored in a cleaning closet inside the garage. The quantities missing from the cabinet were consistent with what appeared to be piled in the rear of the vehicle;

   iii. A 2.5-gallon red gas can, and a 5-gallon red gas can in the middle and back left of the **Target Vehicle**, which matched the red gas cans missing from the garage that had been located next to the lawn mower.

   iv. A yellowish extension cord with the end cut off. The cut off plug head was located on the floor in the garage.

   v. Additionally, rolls of white trash bags are also suspected of being in the vehicle that are missing from the garage, with the empty box found on the floor of the garage.

AFFIDAVIT OF KEVIN BUCKLEY
USAO# 2023RO1230- 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

14. It is suspected that a missing a leaf blower, DeWalt battery charger, DeWalt batteries and chainsaw, that were stored in the garage and are now missing, are also located inside the **Target Vehicle**. These items are missing from their usual storage locations in the garage.

15. Due to the large quantity of items in the vehicle that are piled from floor to nearly ceiling it is not possible to see all the items stored in the rear compartment of the vehicle.

16. From a separate shed located on the side of the house, all the black trash bags are also missing and suspected of being in the **Target Vehicle**.

17. Leaning next to the **Target Vehicle** on the passenger side in the carport, was a 6-foot-tall fishing rod that had been locked in the garage, and had been stored with multiple other rods affixed to a shelf in the garage.

18. On the ground next to the rear passenger door, a black tool case that would hold Dewalt power tools was found empty and open. This had been stored in the garage near the workbench against the wall.

19. A shop vac vacuum bag belonging to a missing shop vac from the garage was also located on the ground next to the front passenger side door of the **Target Vehicle**.

20. Realizing his house had been burglarized, J. Hoare contacted Olympic Dispatch and requested our response.

21. Ranger Carl Garrett arrived shortly after me and immediately recognized the **Target Vehicle,** which he suspected to belong to KEEND due to previous interactions involving suspected theft and illegal camping within the park on October 9, 2023, where the **Target Vehicle** was identified, including by license plate. Garrett also recognized the **Target Vehicle** from a report sent by Clallam County Sheriff's Deputy,

AFFIDAVIT OF KEVIN BUCKLEY
USAO# 2023RO1230- 5

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

who identified KEEND as a suspect for a burglary that occurred outside the park, and which involved the **Target Vehicle**, also identified by license plate.

22. In speaking with a Clallam County Deputy during the impound process in this case, they pulled up recent contacts involving the **Target Vehicle**. On November 7, 2023, an individual reported that a vehicle, matching the description of the **Target Vehicle**, and identified by license plate, was parked on their property. The adjacent property is the known residence for KEEND. On October 17, 2023, KEEND was also arrested while driving the **Target Vehicle** with a suspended driver's license.

23. When Ranger Garrett and I arrived to the **Property**, we investigated and were unable to specifically locate how the **Property** was broken into. All doors and windows were reportedly locked upon J. Hoare's arrival, only the Hoare family has the garage code, and the extra key was still hanging in the house. When the renters arrived, they were still in possession of the house keys.

24. The only sign of forced entry we were able to locate was the kicked in door in the car port. We did locate a ladder placed on the side of the house up against a window approximately 15-feet off the ground. The ladder, per J. Hoare, had been stored on the back side of the car port wall with all the other ladders. J. Hoare did not identify any reason why the ladder would have been placed at the window. Aside from the previously mentioned plastic façade screen from the garage door window, we were unable to locate any other broken locks, damaged windows, door frames or any other manner of forced entry.

25. Based on my training and experience the gaps in the door frames and simple locks could be popped open with a credit card like object slipped in between the frame and door to open the door. A wall mounted vacuum cleaner that had been attached to the living room wall was found broken into pieces and the battery removed in the side

AFFIDAVIT OF KEVIN BUCKLEY
USAO# 2023RO1230- 6

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

yard in a bucket which indicated entry into the house. From there the same technique could be used to access the garage which is locked to prevent renter access to the garage.

26. Looking into the **Target Vehicle**, I saw tools I know to be used to facilitate burglary, based on my training and experience. Specifically, a 6-inch handled pry bar was sitting on the passenger seat and a pair of shears sitting on the driver seat. Other tools that could be associated with burglary tools were scattered around the front compartment including screwdrivers and spray paint for blinding cameras.

27. Additionally, a voltage meter labelled "Clallam County 60833" was sitting on the passenger floorboard. On November 9, 2023, it was reported separately by a property in holder that their voltage meter had been stolen from their residence at 227181 Highway 101. This is approximately 8.3 miles from where the **Target Vehicle** was located and within the exclusive jurisdiction of Olympic National Park. On November 10, 2023, I was able to confirm through Clallam Country Public Utilities District (PUD) that the voltage meter with sticker number 60833 did belong to 227181 Highway 101. The property owner and Clallam County PUD both stated that they had not given permission for anyone to take the voltage meter.

28. Chris Hoare arrived at the residence and upon looking through the **Target Vehicle** window identified a set of metal snips belonging to him on the front driver seat of the vehicle. The snips had been stored in the garage. C. Hoare also did not recognize the **Target Vehicle** and had not given any permission for any others to use the **Property**.

29. The renters returned to the **Property** and stated they had left everything locked when they left on the evening of November 7, 2023 and the **Target Vehicle** had not been present when they left. The renters had not given permission for anyone else to access or use the **Property**. The renters walked through the residence with me and did not note any of their personal property missing.

30. The **Property** does not have an alarm system or any cameras.

AFFIDAVIT OF KEVIN BUCKLEY
USAO# 2023RO1230- 7

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## CONCLUSION

31. Based on the foregoing, I submit there is probable cause to search the Target Vehicle for evidence, fruits and instrumentalities in violation of 18 USC § 661.

KEVIN BUCKLEY
Digitally signed by KEVIN BUCKLEY
Date: 2023.11.16 11:10:48 -08'00'

Kevin Buckley
Law Enforcement Ranger
Olympic National Park

The above-named agent provided a sworn statement to the truth of the foregoing affidavit by telephone on 17th day of November, 2023.

DAVID W. CHRISTEL
United States Magistrate Judge

AFFIDAVIT OF KEVIN BUCKLEY
USAO# 2023RO1230- 8

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# ATTACHMENT A

The property to be searched (the "**Target Vehicle**") is a 2005 tan and spray painted black 2005 Jeep Grand Cherokee with Washington Plate BDA751 VIN 1J4HR58265C676481. The **Target Vehicle** is currently held in impound at the Clallam County Public Works Lot in Port Angeles, Washington.



This warrant authorizes the search of the **Target Vehicle** for the purpose of identifying the items described in Attachment B.

ATTACHMENT A
USAO# # 2023R01116- 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# ATTACHMENT B

This warrant authorizes the government to search for evidence and/or fruits of the commission of Theft of Property within the United States Territorial Jurisdiction, in violation of 18 U.S.C. § 661, including but not limited to:

1. A set of yellow vehicle jumper cables that had been hanging on the wall of the garage;
2. Costco brand paper towels, toilet paper and, chemical wipes;
3. A 2.5-gallon red gas can;
4. A 5-gallon red gas can;
5. A yellowish extension cord;
6. Rolls of white or black trash bags;
7. A leaf blower;
8. A DeWalt battery charger and batteries;
9. A DeWalt chainsaw;
10. Other personal property associated with the owners or renters of the property located at 3703 East Beach Road Port Angeles, Washington;
11. Other personal property believed to be stolen, including but not limited to a voltage meter labelled "Clallam County 60833";
12. Burglary tools and objects that could be used to obstruct security cameras, including but not limited to a 6-inch pry bar, screwdrivers, and spray paint; and
13. Evidence of ownership and use of the **Target Vehicle**.

ATTACHMENT B
USAO# 2023R01116 - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970